SCAD-11-0000007

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

STEVEN R. LEE, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-087-8921)

ORDER OF TRANSFER TO INACTIVE STATUS
(By: Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
assigned by reason of vacancy)

Upon consideration of Petitioner Office of Disciplinary Counsel's motion to transfer Respondent Steven R. Lee to inactive status due to incapacity to practice law, Respondent Lee's lack of response to the motion and our Order to Show Cause, and the record,

IT IS HEREBY ORDERED, pursuant to Rule 2.19(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), that Respondent Lee is transferred to inactive status in this jurisdiction, effective with the filing of this order.

IT IS FURTHER ORDERED that Respondent Lee shall, within 10 days after entry of this order, notify all of his Hawaiʻi clients that he has been transferred to inactive status, and they must seek new counsel. Respondent Lee shall provide the clients' files to the clients and shall take such actions as are necessary

to assist his clients in securing new counsel.

IT IS FURTHER ORDERED that the Clerk shall provide by electronic mail a copy of this order to the Honorable Randal G.B. Valenciano, Judge of the Circuit Court of the Fifth Circuit.

IT IS FINALLY ORDERED that reinstatement of Respondent Lee is conditioned upon his examination by a qualified medical expert appointed by the Supreme Court of the State of Hawai'i and the medical expert's certification, established by clear and convincing evidence as required by RSCH Rule 2.19(f), that the disability has been removed and Respondent Lee is fit to resume the practice of law.

DATED:  Honolulu, Hawai'i, March 21, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Craig H. Nakamura

